UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEXTER RAMONE TEAGUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:17-CV-255 |
| | ) |
| JAMES TIEMAN, CHRIS HALL, and LYNN H., | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

Dexter Ramone Teague, a prisoner without a lawyer, filed a motion asking to be appointed an attorney. "[T]here is no constitutional or statutory right to court-appointed counsel in federal civil litigation . . .." *Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007) (*en banc*). However, in some circumstances, the court may ask an attorney to volunteer to represent indigent parties. "When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007) (*en banc*). Here, Teague states that he has only written to a couple of lawyers. This is inadequate. The clerk will send Teague ten copies of the screening order so that he can send them to ten attorneys along with a letter requesting that they represent him.

In addition, Teague sent the clerk a letter saying that he expects to be moved soon, but he does not know where he is going so he wants his mail sent to his fiancé. The clerk has updated his address accordingly. He also states that he may not be able to litigate this case until he is released. Therefore this case will be stayed until he notifies the court that he is ready to proceed.

For these reasons, the motion (ECF 12) is **DENIED**. The clerk is **DIRECTED** to send Dexter Ramone Teague ten (10) copies of the screening order (DE 14). This case is **STAYED** and **STATISTICALLY CLOSED**. Dexter Ramone Teague is **ORDERED** to promptly notify the court when he is ready to proceed with this case.

SO ORDERED.

ENTERED: 09/19/2017 .

 /s/ Michael G. Gotsch, Sr.
Judge
United States District Court
